# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| theDove Media, Inc., ) | |
| ) | |
| Petitioner, ) | Case No. 24-4010 |
| v. ) | |
| ) | |
| Federal Communications Com- ) | FCC Order 24-18 |
| mission and United States of ) | MB Docket No. 98-204 |
| America, ) | |
| ) | |
| Respondents. ) | |

## Notice of Related Proceedings

On June 28, 2024, Petitioner, theDove Media, Inc., filed a Petition for Review in this Court seeking review of a final order of the Federal Communications Commission (FCC)—namely, *Review of the Commission's Broadcast and Cable Equal Employment Opportunity Rules and Policies, Fourth Report and Order, Order on Reconsideration, and Second Further Notice of Proposed Rulemaking*, MB Docket No. 98-204, FCC 24-18 (rel. Feb. 22, 2024) (Order); *see also Review of the Commission's Broadcast and Cable Equal Employment Opportunity Rules and Policies*, 89 Fed. Reg. 36705 (May 3, 2024).

Petitioner theDove Media, Inc. hereby provides notice to the Court of proceedings, related to the same FCC Order, filed in the United States Court of Appeals for the Fifth Circuit:

- 1 -

- *National Religious Broadcasters and American Family Association v. Federal Communications Commission and United States of America*, Fifth Cir. No. 24-60219 (filed May 3, 2024); and

- *Texas Association of Broadcasters v. Federal Communications Commission and United States of America*, Fifth Cir. No. 24-60226 (filed May 9, 2024).

These cases were consolidated on May 30, 2024. And a certified list in lieu of the administrative record was filed on June 17, 2024.

Pursuant to 28 U.S.C. § 2112(a)(5), courts in which petitions are instituted with respect to the same order, except the court in which the record is filed, "shall transfer those proceedings to the court in which the record is so filed."

Accordingly, the Petitioner respectfully submits that this proceeding should be transferred to the Fifth Circuit Court of Appeals.

DATED: July 11, 2024.

Respectfully submitted,

s/ Oliver J. Dunford

| | |
|---|---|
| WILSON C. FREEMAN | OLIVER J. DUNFORD |
| Pacific Legal Foundation | Pacific Legal Foundation |
| 3241 E. Shea Blvd., #108 | 4440 PGA Blvd., Suite 307 |
| Phoenix, AZ 85028 | Palm Beach Gardens, FL 33410 |
| 916.419.7111 | 916.503.9060 |
| wfreeman@pacificlegal.org | odunford@pacificlegal.org |

*Attorneys for Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2024, I electronically filed the Foregoing Petitioner's Notice of Related Proceeding with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service was accomplished by CM/ECF.

 s/ Oliver J. Dunford  
OLIVER J. DUNFORD
