UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 7 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THEDOVE MEDIA, INC.,<br><br>                Petitioner,<br><br> v.<br><br>FEDERAL COMMUNICATIONS<br>COMMISSION and UNITED STATES OF<br>AMERICA,<br><br>                Respondents. | No. 24-4010<br><br>Agency No. FCC 24-18<br>Federal Communications<br>Commission<br><br>ORDER |

The unopposed request (Docket Entry No. 10) to transfer this petition to the United States Court of Appeals for the Fifth Circuit under 28 U.S.C. § 2112(a) is granted.

The Clerk will transfer this petition for review to the United States Court of Appeals for the Fifth Circuit. Once transferred, the Clerk will close this case.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT